AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Michael Snow, Jr. | ) Case: 1:24-mj-00375 |
| DOB: XXXXXX | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __July 24, 2024__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1361 (Willfully Injuring or Depredating Any Property of the United States in an Amount Less Than $1,000). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/06/2024__

*Judge's signature*

City and state: __Washington, D.C.__    Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*