AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Snow, Jr. | ) Case: 1:24-mj-00375 |
| | ) Assigned To : Sharbaugh, Matthew J. |
| | ) Assign. Date : 12/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Snow, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Willfully Injuring or Depredating Any Property of the United States in an Amount Less Than $1,000).

Date: 12/06/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.12.06 11:58:09 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06 DEC 24 , and the person was arrested on *(date)* 12/10/24
at *(city and state)* CARY, NC .                                                                      7:10 AM

Date: 12/10/24

*Arresting officer's signature*

BRIAN HOCK, SPECIAL AGENT FBI
*Printed name and title*