# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 24-MJ-00375 (MJS)** |
| **v.** | **:** | |
| | **:** | |
| **MICHAEL SNOW, JR.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Sarah C. Martin, who may be contacted by telephone on (202) 252-7048 or e-mail at sarah.martin@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7048
Sarah.martin@usdoj.gov